UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                                                 :

CARMEN TORRES & RENE CARABALLO,    :

                              Plaintiffs,                :                  12 Civ. 3127 (JPO)

                  -v-                              :                  <u>OPINION AND ORDER</u>

HOMECOMINGS FINANCIAL, *et al*,        :

                              Defendants.             :
------------------------------------------------------------ X

J. PAUL OETKEN, District Judge:

A conference was held in this matter on May 30, 2014. It is hereby ordered as follows:

1. Counsel who has appeared for Homecomings Financial LLC, a subsidiary of GMAC-RFC, shall submit a letter via ECF on or before June 20, 2014, informing the Court: (a) whether the automatic stay pursuant to GMAC's bankruptcy remains in effect (see Docket Nos. 4 & 5); (b) whether Homecomings Financial or any successor entity intends to defend the claims in this action; and (c) how it proposes that this action should proceed, in light of this Court's May 21, 2014 decision (see Docket No. 53).

2. Counsel for the remaining parties shall submit letters via ECF on or before June 20, 2014 addressing (a) any information they have on the status of Homecomings Financial/GMAC and/or any successor entity, and (b) proposals for further proceedings in this case.

3. As stated by counsel for Plaintiffs in court at today's conference, the Third Cause of Action is voluntarily dismissed.

SO ORDERED.

May 30, 2014

                                                                                _____
                                                                                J. PAUL OETKEN
                                                                  United States District Judge